# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GALILEA, LLC and CHRISTOPHER L.
KITTLER,



                      Petitioners,                  19 **CIVIL** 5768 (VEC)

      -against-                             **JUDGMENT**

AGCS MARINE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
and STARSTONE NATIONAL INSURANCE
COMPANY,

                      Respondents.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2019, the Court finds that the arbitrators did not exceed their authority, did not display a manifest disregard of the law, and did not demonstrate partiality; Accordingly, the Petition to Vacate the Arbitration Award is denied; Respondents' Cross-Petition to Confirm the Arbitration Award is granted; as provided in the Final Award Petitioners are directed to pay $59,340 as reimbursement of fees and expenses associated with the arbitration proceeding; judgment is entered in favor of Respondents and this case is closed.

**Dated**: New York, New York
         December 16, 2019

                        **RUBY J. KRAJICK**
                          Clerk of Court
        BY:
                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/16/2019